E-FILED
Wednesday, 16 May, 2007 08:44:52 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40043 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-304 |
| TONY T. PARKER ) | |
| ) | |
| Defendant, ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

On or about FEBRUARY 05 2007, in the Central District of Illinois, the defendant,

TONY T. PARKER

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, and did authorize or knowingly permit a motor vehicle owned by him or under his control to be driven upon any highway by a person who is not authorized to operate a motor vehicle in violation of Illiois Compiled Statues, Chapter 625, Section 5/6 304 and in violation of title 18, United States code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal

Rock Island, IL 61299-5000
Telephone: 309/782-8443